IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv48

| | |
|---|---|
| HELEN HOLLAND, Individually, on behalf of herself and on behalf of all other similarly situated current and former employees, )<br><br>Plaintiffs, )<br><br>v. )<br><br>FULENWIDER ENTERPRISES, INC., et al., )<br><br>Defendants. ) | ORDER |

Pending before the Court is the Consent Motion for Extension of Time [# 5]. For good cause shown, the Court **GRANTS** the motion. [# 5]. Defendants shall have until April 24, 2017, to respond to the pending Motion to Certify Class [# 3].

Signed: April 17, 2017

_____
Dennis L. Howell
United States Magistrate Judge