# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-48

| | |
|---|---|
| HELEN HOLLAND, Individually, on behalf of herself and on behalf of all others similarly situated current and former employees, <br><br> Plaintiffs, <br><br> vs. <br><br> FULENWIDER ENTERPRISES, INC., PHOENIX TACO, L.L.C., MICHAEL FULLENWIDER, TOM HIRUNPUGDI, and ERKSINE WHITE, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on John W. Sulau's Application for Admission to Practice *Pro Hac Vice* of T. Chase Samples. It appearing that T. Chase Samples is a member in good standing with the State Bars of South Carolina and Georgia and will be appearing with John W. Sulau, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John W. Sulau's Application for Admission to Practice Pro Hac Vice (#7) of T. Chase Samples is **GRANTED**,

and that T. Chase Samples is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with John W. Sulau.

Signed: April 25, 2017

_____

Dennis L. Howell
United States Magistrate Judge