# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-48

| | |
|---|---|
| HELEN HOLLAND, Individually, on behalf of herself and on behalf of all others similarly situated current and former employees, <br><br> Plaintiffs, <br><br> vs. <br><br> FULENWIDER ENTERPRISES, INC., PHOENIX TACO, L.L.C., MICHAEL FULLENWIDER, TOM HIRUNPUGDI, and ERKSINE WHITE, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on Christopher Strianese's Application for Admission to Practice *Pro Hac Vice* of Joseph Russ Bryant. It appearing that Joseph Russ Bryant is a member in good standing with the State Bars of Tennessee and Arkansas and will be appearing with Christopher Strianese, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Christopher Strianese's Application for Admission to Practice Pro Hac Vice (#18) of Joseph Russ Bryant

is **GRANTED**, and that Joseph Russ Bryant is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Christopher Strianese.

Signed: April 26, 2017

Dennis L. Howell
United States Magistrate Judge