# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-48

| | |
|---|---|
| HELEN HOLLAND, Individually, on behalf of herself and on behalf of all others similarly situated current and former employees, <br><br>  Plaintiffs, <br><br> vs. <br><br> FULENWIDER ENTERPRISES, INC., PHOENIX TACO, L.L.C., MICHAEL FULLENWIDER, TOM HIRUNPUGDI, and ERKSINE WHITE, <br><br>  Defendants. | ORDER |

**THIS MATTER** is before the Court on Tamara Huckert's Application for Admission to Practice *Pro Hac Vice* of Gordon E. Jackson. It appearing that Gordon E. Jackson is a member in good standing with the Tennessee State Bar and will be appearing with Tamara Huckert, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Tamara Huckert's Application for Admission to Practice Pro Hac Vice (#23) of Gordon E. Jackson is **GRANTED**,

and that Gordon E. Jackson is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Tamara Huckert.

Signed: May 24, 2017

Dennis L. Howell
United States Magistrate Judge