UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00048-MOC-DLH

| | | |
|---|---|---|
| **HELEN HOLLAND,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **FULENWIDER ENTERPRISES INC.** | ) | |
| **TOM HIRUNPUGDI** | ) | |
| **PHOENIX TACO L.L.C** | ) | |
| **ERSKINE WHITE** | ) | |
| **MICHAEL FULENWIDER,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the joint Motion to Approve Collective Action Notice. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Approve Collective Action Notice (#42) is **GRANTED**, and the Court approves the Notice (Exhibit 1 attached to the motion) and the Consent Form (Exhibit 2 attached to the motion).

Signed: March 8, 2018

Max O. Cogburn Jr
United States District Judge