# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 48

| | |
|---|---|
| **HELEN HOLLAND,** *individually, on behalf of herself and all others similarly situated current and former employees,* | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **FULENWIDER ENTERPRISES INC.** et al.,, | |
| **Defendants.** | |

This matter is before the Court sua sponte. On April 25, 2017, the Clerk of the Court entered a notice to the parties that they were required to conduct an initial attorneys' conference and file a certificate of initial attorneys' conferences by May 16, 2017. Neither party moved to stay the conference.

On February 2, 2018, District Judge Cogburn granted Plaintiff's second motion for FLSA Conditional Collective Action Certification and Notice [# 38]. On March 9, 2018, District Judge Cogburn granted the Motion to Approve Collection Action Notice [# 43]. On March 12, 2018, Plaintiff filed Notice of Mailing of the Court Approved Notice and Consent Forms to the Putative Class [# 44].

The Court now finds it appropriate to have the parties conduct an initial attorneys' conference. The Court, therefore, **DIRECTS** the parties that they have been given **NOTICE** pursuant to Local Rule 16.1 that you are required to conduct an Initial Attorney's Conference

within fourteen (14) days. At the conference, the parties are required to discuss the issue of consent to jurisdiction of a magistrate judge in accordance with Local Rules 16.1(A) and 73.1(C). The Certificate of Initial Attorneys Conference, and if applicable, the Joint Stipulation of Consent to Exercise jurisdiction by a US Magistrate Judge, should be filed within seven (7) days of the conference. If appropriate, a party may file a Motion to Stay the Initial Attorney's Conference. CIAC Report due by April 6, 2018.

Signed: March 16, 2018

Dennis L. Howell
United States Magistrate Judge