# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-CV-48

| | |
|---|---|
| HELEN HOLLAND, *Individually, on behalf of herself and on behalf of all other similarly-situated current and former employees*,<br><br>**Plaintiff,**<br><br>v.<br><br>**FULENWIDER ENTERPRISES INC.**, *a North Carolina Corporation, et al.,*<br><br>**Defendants.** | **ORDER** |

This matter is before the Court upon the "Notice of Request for Protection from Court Appearance by D. Christopher Lauderdale" (Doc. 64), which requests protection against the scheduling of court appearances on certain dates. Id.

The courts of the State of North Carolina recognize secured leave requests. See Rule 26 of the General Rules of Practice for the Superior and District Courts. Such a policy, however, is not employed by this Court.

Therefore, while individual scheduling issues may be reviewed on a case-by-case basis when they arise, the instant blanket request must be, and the same is hereby, respectfully **DEEMED INEFFECTIVE.**

Signed: November 30, 2018

W. Carleton Metcalf
United States Magistrate Judge