UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-48-MOC-DLH

| | |
|---|---|
| HELEN HOLLAND, Individually, on behalf of herself and on behalf of all other similarly situated current and former employees, ) ) ) ) ) Plaintiffs, ) ) vs. ) ) FULENWIDER ENTERS., et al., ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER** is before the Court on the Joint Motion for Settlement Approval and Dismissal with Prejudice. The Court has reviewed the settlement in this case which has been approved by all Named and Opt-In Plaintiffs, and, comparing such with the pleadings already filed in the case, finds the settlement to be a fair, adequate, and reasonable compromise of a dispute under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. (the "FLSA"). Based on such determination, the Court enters the following Order approving the settlement, dismissing the case, and retaining jurisdiction to enforce the terms of the agreement if necessary.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Settlement Approval and Dismissal with Prejudice is **GRANTED**, the proposed settlement is **APPROVED** as it is a fair, adequate, and a reasonable compromise of a dispute under the Fair Labor Standards Act, and this action is **DISMISSED** with prejudice, with the Court retaining jurisdiction to enforce the terms of the agreement, if necessary.

**IT IS FURTHER ORDERED** that each party shall bearing their own attorneys' fees

and costs, except as set forth in the settlement agreement.

The Clerk of Court is instructed to close this case.

Signed: April 5, 2019

Max O. Cogburn Jr
United States District Judge