# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Helen Holland, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:17-cv-00048-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Fulenwider Enterprises Inc., et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 5, 2019 Order.

April 5, 2019

*(signature)*

Frank G. Johns, Clerk
United States District Court